UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal No. 1:25-cr-00117-JJM-PAS |
| v. | |
| JOHN O'BRIEN, | |
| Defendant. | |

## MOTION TO CONTINUE SENTENCING HEARING

The United States respectfully moves that the sentencing scheduled in this case for March 12, 2026 be continued to a date in the near future, as the Court's schedule permits.  As grounds, the Government avers that additional victims have indicated their intent to give impact at the sentencing hearing since the Government's last communications with the Clerk and defense counsel regarding scheduling.

Under the Crime Victims' Rights Act, a crime victim has the "right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding." 18 U.S.C. § 3771(a)(4).  Given that the hearing is scheduled for an hour and the Defendant has raised two objections to the Presentence Investigation Report, it is the Government's view that additional time is now required to ensure the hearing does not run afoul of 18 U.S.C. § 3771(a)(4).

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

CHARLES C. CALENDA
United States Attorney


_____
TAYLOR A. DEAN
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel: 401-709-5000

CERTIFICATION OF SERVICE

On this 11th day of March, 2026, I caused the within Motion to be filed electronically and it is available for viewing and downloading from the ECF system.


/s/ Taylor A. Dean
TAYLOR A. DEAN
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel: 401-709-5000